JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEE SOOK AHN,<br><br>        Plaintiff,<br><br>        v.<br><br>146 BONITA LLC,<br><br>        Defendant. | Case No. CV 21-8683 FMO (JCx)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated this 31st day of January, 2022.

/s/
Fernando M. Olguin
United States District Judge